UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Earnest Monroe and Betty Monroe**

Case No. 09-81219
Chapter 13

Soc. Sec. No.: xxx-xx-8057 and xxx-xx-6570
Mailing Address:
Post Office Box 152
Olivia, NC 28368

Debtors

## ORDER RESTRICTING ACCESS TO FILED DOCUMENT

**TO:** Chapter 13 Trustee

**ON MOTION** of the Debtors Earnest Monroe and Betty Monroe for an Order Restricting Access to Filed Document, and pursuant to Rule 9037(d) and for good cause shown, it is

**ORDERED** that the Clerk of Court shall disable public access to Proof of Claim # 11 filed by Duke University Health System on 8/4/2009  Access to this Proof of Claim may still be provided by the Clerk of Court to Debtor, Debtor's attorney, the Trustee, and the Bankruptcy Administrator upon request.

Duke University Health System, by service of a copy of this Order, is directed to amend the Proof of Claim #11 filed in this case within twenty (20) days from entry of this Order with any private information redacted.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Earnest Monroe and Betty Monroe**

Case No. 09-81219
Chapter 13

Soc. Sec. No.: xxx-xx-8057 and xxx-xx-6570
Mailing Address:
Post Office Box 152
Olivia, NC 28368

Debtors

# LIST SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned Deputy Clerk served a copy of the **ORDER RESTRICTING ACCESS TO FILED DOCUMENT** entered _____ , by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their lst known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

| | |
|---|---|
| Richard M. Hutson, II<br>Chapter 13 Trustee<br>P.O. Box 3613<br>Durham, N.C. 27702-3613 | Edward C. Boltz<br>The Law Offices of John T. Orcutt<br>Attorney for Debtor<br>1738 Hillandale Road<br>Suite D<br>Durham, N.C. 27705 |
| DUKE UNIVERSITY HEALTH SYSTEM<br>Attn: Managing Agent<br>4101 N. Roxboro Road<br>Durham, NC 27704- | |